UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

THOMAS BLUME and JASON MARTINEZ,

        Plaintiffs,

  -against-

PORT AUTHORITY TRANS-HUDSON CORPORATION,

        Defendant.
-----------------------------------------------------X

No. 18-cv-12251 (CM)

**TRIAL NOTICE**

    Please take notice that the above captioned matter is on the list of cases eligible to be tried during the fourth quarter of 2020.  This matter has not yet been assigned a trial date – it is a backup case that will be scheduled in the event that other cases currently scheduled for trial are resolved.  Parties should be prepared to commence trial as early as October 5, 2020 and may be called at any time thereafter to appear for jury selection and trial. Parties are directed to file all trial documents required by Judge McMahon's Individual Practices. Originals must be filed in the Clerk's Office and courtesy copies are to be provided to chambers.

    Any scheduling difficulties must be brought to the attention of the Court in writing.

Dated:  September 8, 2020

    New York, New York

                                                    _____
                                                          Chief Judge

                                                        So Ordered