

**PORT AUTHORITY NY NJ**

**AIR LAND RAIL SEA**

September 11, 2020

*Handwritten annotations:* Receive copy 9/14/2020. Come in for the final pretrial conference Sept 23. I will not adjourn the trial. If your Hudson Co. case

**Via Electronic Filing**
Hon. Colleen McMahon, USDJ
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Re:**  Thomas Blume and Jason Martinez v. Port Authority Trans-Hudson Corporation
Case No.: 18-CV-12251-CM

Dear Judge McMahon:    **MEMO ENDORSED**

This office represents the Port Authority Trans-Hudson Corporation in the above-captioned matter. Please accept this letter in response to Your Honor's September 10, 2020 Order, which requires that any scheduling difficulties with respect to the October 6, 2020 trial date be brought to the attention of the Court in writing.

I have another trial scheduled to commence on October 5, 2020, in the matter of <u>Anetane v. PATH</u>, in the Superior Court of New Jersey, Hudson County, Docket Number L-1290-18. I am the designated trial attorney on behalf of PATH in that matter. The <u>Anetane</u> matter was filed on April 4, 2018, making it approximately nine months older than the current matter before Your Honor. The <u>Anetane</u> matter was first listed for trial on February 11, 2020 but adjourned due to Plaintiff's expert unavailability. Thereafter, the trial was listed for March 16, 2020 but adjourned due to COVID-19. The trial was then listed for June 15, 2020 but adjourned again due to COVID-19. On both June 10, 2020 and August 7, 2020, the Court sent out notices which listed the trial date as October 5, 2020. Plaintiff has scheduled the de bene esse deposition of his testifying expert for September 29, 2020 in anticipation of the trial commencing on October 5, 2020.

Therefore, Defendant respectfully requests an adjournment of the current October 6, 2020 trial date before Your Honor due to this conflict. This is PATH's first request for an adjournment of the trial date. I have spoken to my adversary, Patrick Finn, Esq., who has graciously consented to this request. Please also be advised that I am currently checking with all witnesses to determine their availability for the trial before Your Honor and will advise the Court in writing should they also have scheduling difficulties.

Respectfully submitted,

/s/Thomas R. Brophy
Thomas R. Brophy, Esq.
(212) 435-3492

TRB:jra

*Handwritten:* has not resolved by that date, we will discuss option

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

4 World Trade Center | 150 Greenwich Street, 24th Floor | New York, NY 10007 | T: 212-435-3492 | F: 212-435-3834 | tbrophy@panynj.gov