```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/28/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Thomas Blume et al.,

                              Plaintiffs,

-against-

Port Authority Trans-Hudson Corporation,

                              Defendant.

1:18-cv-12251 (CM)(SDA)

ORDER SCHEDULING TELEPHONIC
<u>SETTLEMENT CONFERENCE</u>

**STEWART D. AARON, United States Magistrate Judge:**

      A settlement conference is scheduled before Magistrate Judge Stewart Aaron on Thursday, November 12, 2020 at 2:00 p.m. The settlement shall proceed by telephone unless the parties advise the Court that they have access to and prefer proceeding by alternative remote means, such as by video.

      The Court will provide dial-in information to the parties by email before the conference. The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at https://nysd.uscourts.gov/hon-stewart-d-aaron.

**SO ORDERED.**

DATED:      New York, New York
               September 28, 2020

                                                        _____
                                                           STEWART D. AARON
                                                           United States Magistrate Judge