UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THOMAS BLUME, ET AL.,

                *Plaintiffs*,

-against-

PORT AUTHORITY TRANS-HUDSON
CORPORATION

                *Defendant*.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/1/2020

No. 18 Civ. 12251 (CM)

McMahon, C.J.:

The Court having convened the final pretrial conference and heard the parties' objections to the exhibits and witnesses in dispute, the following rulings are admitted:

Plaintiffs' Exhibits:
- PX-1
- PX-2
- PX-3
- PX-4
- PX-5
- PX-6
- PX-7
- PX-8
- PX-9
- PX-10
- PX-11
- PX-12
- PX-13
- PX-14
- PX-15
- PX-16
- PX-17
- PX-18
- PX-19: Only if there is a way to redact the fact that PATH paid for Martinez's medical bills.

- PX-20: Only if there is a way to redact the fact that PATH paid for Blume's medical bills.
- PX-25
- PX-26
- PX-28
- PX-30
- PX-31
- PX-32 through PX-43: These exhibits will be admitted only for the purpose of showing that other PATH employees made complaints to PATH about conditions. They will not be admitted for any other purpose.

<u>Defendant's Exhibits:</u> All of Defendant's exhibits proposed in the Joint Final Pretrial Order are admissible. There were no objections to any of these exhibits by Plaintiffs' counsel.

<u>Plaintiffs' Witnesses:</u> Plaintiffs can call only two witnesses who were coworkers of Mr. Martinez. All of the Plaintiffs' other proposed witnesses may be called.

<u>Defendant's Witnesses:</u> All of the Defendant's proposed witnesses may be called.

Dated: New York, New York
September 30, 2020

_____
Chief Judge

BY ECF TO ALL COUNSEL